## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert  W. Wojciechowski Jr.                    CHAPTER 13
        Cheryl Wojciechowski
               Debtor(s)                    BKY. NO. 21-11462 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

               Respectfully submitted,

/s/ _Rebecca Solarz_

Rebecca Solarz
07 Jun 2021, 13:45:08, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322