# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT W. WOJCIECHOWSKI, JR. and | ) | |
| CHERYL WOJCIECHOWSKI, | ) | |
| | ) | CASE NO. 21-11462-AMC |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |

## PRAECIPE TO WITHDRAW OBJECTION TO PROPOSED
## CHAPTER 13 PLAN AND CONFIRMATION THEREOF

TO THE CLERK:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan filed by Ally Bank, in the above matter.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Ally Bank
1917 Brown Street
Philadelphia, PA 19130
Attorney No.: 92009
(267) 909-9036

Dated: August 16, 2021