# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

ROBERT W WOJCIECHOWSKI, JR.  Bankruptcy No. 21-11462-AMC
CHERYL WOJCIECHOWSKI
40 CHEROKEE ROAD

RICHBORO, PA 18954

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROBERT W WOJCIECHOWSKI, JR.
CHERYL WOJCIECHOWSKI
40 CHEROKEE ROAD

RICHBORO, PA 18954

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 1/18/2022  /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee