# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 21-11462-AMC

ROBERT  W WOJCIECHOWSKI, JR.
CHERYL  WOJCIECHOWSKI
40 CHEROKEE ROAD

RICHBORO, PA 18954

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERT  W WOJCIECHOWSKI, JR.
CHERYL  WOJCIECHOWSKI
40 CHEROKEE ROAD

RICHBORO, PA 18954

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

/S/ Kenneth E. West

Date: 3/31/2022

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee