United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11462-amc |
| Robert W Wojciechowski, Jr. | Chapter 13 |
| Cheryl Wojciechowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2022 | Form ID: 152 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W Wojciechowski, Jr., Cheryl Wojciechowski, 40 Cherokee Road, Richboro, PA 18954-1214 |
| 14613713 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14609969 | + | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14614489 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14609975 | + | Td Bank Na, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 14609976 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:56:11 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14609948 | + | Email/Text: backoffice@affirm.com | Jun 07 2022 23:58:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 14610521 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14619525 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 07 2022 23:56:11 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14609949 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 07 2022 23:58:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14613659 | | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 00:07:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14609950 | + | Email/PDF: bncnotices@becket-lee.com | Jun 08 2022 00:07:38 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14609954 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14609952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2022 23:56:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14617758 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2022 23:56:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14609955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14616718 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2022 00:07:12 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609960 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2022 00:07:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14609961 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2022 00:07:41 | Citibank/Sears, Po Box 6286, Sioux Falls, SD 57117-6286 |
| 14609962 | + | Email/Text: mrdiscen@discover.com | Jun 07 2022 23:58:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14614460 | | Email/Text: mrdiscen@discover.com | Jun 07 2022 23:58:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 14609963 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 07 2022 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14620025 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2022 23:58:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14609965 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 08 2022 00:07:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14609966 | + | Email/PDF: cbp@onemainfinancial.com | Jun 07 2022 23:58:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14609968 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 00:07:22 | OneMain Financial Group, LLC, OneMain, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14625157 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 07 2022 23:58:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14620493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 07 2022 23:58:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14609967 | + | Email/PDF: ebnotices@pnmac.com | Jun 08 2022 00:07:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621832 | + | Email/PDF: ebnotices@pnmac.com | Jun 08 2022 00:07:23 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14624512 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2022 00:07:23 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14624119 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14609971 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 00:07:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14609973 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2022 00:07:23 | Synchrony Bank, 200 Crossing Blvd #101, Bridgewater, NJ 08807-2876 |
| 14609974 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 07 2022 23:56:11 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14622922 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2022 23:56:11 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Jun 07 2022 23:56:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| 14616801 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14609951 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14609953 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14609956 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609957 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609958 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609959 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609964 | *+ | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14609970 | *+ | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14609972 | *+ | Synchrony Bank, 200 Crossing Blvd #101, Bridgewater, NJ 08807-2876 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Cheryl Wojciechowski brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Robert W Wojciechowski Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Robert W Wojciechowski, Jr. and
Cheryl Wojciechowski
    Debtor(s)

Case No: 21−11462−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/9/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court