United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11462-amc
Robert W Wojciechowski, Jr.                                                                     Chapter 13
Cheryl Wojciechowski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                       Page 1 of 3
Date Rcvd: Aug 09, 2022                       Form ID: 155                                      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W Wojciechowski, Jr., Cheryl Wojciechowski, 40 Cherokee Road, Richboro, PA 18954-1214 |
| 14613713 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14609969 | + | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14614489 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14609975 | + | Td Bank Na, 222 N. Lasalle St, Chicago, IL 60601-1003 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14609948 | + | Email/Text: backoffice@affirm.com | Aug 09 2022 23:49:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 14610521 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2022 23:48:05 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14619525 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2022 23:58:42 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14609949 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 09 2022 23:49:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14613659 | | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 23:58:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14609950 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2022 23:58:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14609954 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2022 23:48:05 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14609952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2022 23:58:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14617758 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2022 23:48:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14609955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14616718 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14609960 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:50 | Citibank/Sears, Po Box 6286, Sioux Falls, SD 57117-6286 |
| 14609961 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2022 23:49:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14609962 | + | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 09 2022 23:49:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 14614460 | | Email/Text: mrdiscen@discover.com | Aug 09 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14609963 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 09 2022 23:49:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14620025 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2022 23:58:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14609965 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 09 2022 23:49:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14609966 | + | Email/PDF: cbp@onemainfinancial.com | Aug 09 2022 23:48:15 | OneMain Financial Group, LLC, OneMain, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14609968 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2022 23:49:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14625157 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2022 23:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14620493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2022 23:48:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14609967 | + | Email/PDF: ebnotices@pnmac.com | Aug 09 2022 23:58:49 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14621832 | + | Email/PDF: ebnotices@pnmac.com | Aug 09 2022 23:58:54 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14624512 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2022 23:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14624119 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 23:58:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14609971 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 23:58:48 | Synchrony Bank, 200 Crossing Blvd #101, Bridgewater, NJ 08807-2876 |
| 14609973 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 23:58:48 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14609974 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2022 23:48:15 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14622922 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2022 23:58:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14609976 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 09 2022 23:58:55 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616801 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14609951 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14609953 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14609956 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609957 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609958 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609959 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609964 | *+ | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |

Case 21-11462-amc  Doc 43  Filed 08/11/22  Entered 08/12/22 00:29:25  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 155 | Total Noticed: 36 |

| 14609970 | *+ | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14609972 | *+ | Synchrony Bank, 200 Crossing Blvd #101, Bridgewater, NJ 08807-2876 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Cheryl Wojciechowski brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Robert W Wojciechowski Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert W Wojciechowski, Jr. and
Cheryl Wojciechowski

    Debtor(s)                                   Chapter: 13

                                                      Bankruptcy No: 21−11462−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 9, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Ashely M. Chan
                                                Judge ,
                                                United States Bankruptcy Court

                                                                40
                                                           Form 155