**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Robert W Wojciechowski, Jr. | : | Chapter 13 |
| Cheryl Wojciechowski | : | Case No.: 21-11462-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.


Dated: October 12, 2023                    /s/ Brad J. Sadek, Esquire
                                                            Brad J. Sadek, Esquire
                                                            Sadek and Cooper Law Offices, LLC
                                                            1500 JFK Boulevard, Suite #220
                                                            Philadelphia, Pa 19102
                                                            brad@sadeklaw.com
                                                            215-545-0008