**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Robert W Wojciechowski, Jr. | : | Chapter 13 |
| Cheryl Wojciechowski | : | Case No.: 21-11462-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: October 20, 2023              /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper Law Offices, LLC
                                     1500 JFK Boulevard, Suite #220
                                     Philadelphia, Pa 19102
                                     215-545-0008