Certificate Number: 02921-PAE-DE-040924571

Bankruptcy Case Number: 21-11462



02921-PAE-DE-040924571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2026, at 5:26 o'clock PM EDT, Robert W Wojciechowski Jr completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 1, 2026                          By:     /s/Rosa Reyes-Santiago

                                            Name:   Rosa Reyes-Santiago

                                            Title:   Credit Counselor