**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROBERT W WOJCIECHOWSKI JR** |
| Debtor 2 (Spouse, if filing) | **CHERYL  WOJCIECHOWSKI** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-11462-AMC** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   PENNYMAC LOAN SERVICES LLC

**Court claim no.**  (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account:   6  3  6  3

**Property Address:**

40 CHEROKEE ROAD
Number        Street

RICHBORO                                                              PA      18954
City                                                                          State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 2,964.88 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 2,964.88 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ 15,802.37 |
| d.  Total amount of arrearages disbursed by the trustee: | $ 18,767.25 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____          Date   06/03/2026 _____
Signature

Trustee   Kenneth E. West _____
First Name          Middle Name          Last Name

Address   190 N. Independence Mall West, Suite 701 _____
Number          Street

Philadelphia _____          PA      19106 _____
City                                     State      ZIP Code

Contact phone   (215) 627-1377 _____          Email   info@ph13trustee.com _____

| Debtor 1 | **ROBERT W WOJCIECHOWSKI JR** | | Case Number **21-11462-AMC** | Page 1 |
| | Name | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/16/2022 | 3013846 | Disbursement To Creditor/Principal | 655.63 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/11/2022 | 3016176 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/15/2022 | 3017457 | Disbursement To Creditor/Principal | 117.83 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/13/2022 | 3018724 | Disbursement To Creditor/Principal | 88.70 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/10/2023 | 3019949 | Disbursement To Creditor/Principal | 58.93 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/08/2023 | 3021147 | Disbursement To Creditor/Principal | 58.91 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/09/2023 | 3022399 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2023 | 3023650 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/09/2023 | 3024913 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3026095 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3027231 | Disbursement To Creditor/Principal | 58.91 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/15/2023 | 3028375 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/18/2023 | 3029554 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/21/2023 | 4000431 | Disbursement To Creditor/Principal | 54.27 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/16/2024 | 4001287 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/12/2024 | 4002192 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/12/2024 | 4003114 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/10/2024 | 4004030 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004939 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/14/2024 | 4005867 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/17/2024 | 4006820 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/14/2024 | 4007747 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/11/2024 | 4008589 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/16/2024 | 4009455 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/13/2024 | 4010369 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/11/2024 | 4011206 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/15/2025 | 4012060 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/12/2025 | 4012922 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013773 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014629 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/14/2025 | 4015511 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/11/2025 | 4016372 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/16/2025 | 4017193 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/13/2025 | 4018041 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/10/2025 | 4018877 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/15/2025 | 4019726 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/19/2025 | 4020621 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/10/2025 | 4021501 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/14/2026 | 4022276 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/11/2026 | 4023161 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/18/2026 | 4024024 | Disbursement To Creditor/Principal | 15.60 |

Total for Claim Number 17: 2,964.88

**Total for Part 3 - b (Prepetition Arrears):** **2,964.88**

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000431 | Disbursement To Creditor/Principal | 566.57 |

| Debtor 1 | **ROBERT W WOJCIECHOWSKI JR** | Case Number **21-11462-AMC** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001287 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002192 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003114 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004030 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 05/13/2024 | 4004939 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005867 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006820 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 08/14/2024 | 4007747 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 09/11/2024 | 4008589 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009455 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/13/2024 | 4010369 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011206 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012060 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012922 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013773 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014629 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015511 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016372 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017193 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018041 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018877 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019726 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020621 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021501 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/14/2026 | 4022276 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/11/2026 | 4023161 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4024024 | Disbursement To Creditor/Principal | 162.92 |

|  | Total for Claim Number 17: | 15,802.37 |
|---|---|---|

|  | **Total for Part 3 - c (Postpetition Arrears):** | **15,802.37** |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ROBERT W WOJCIECHOWSKI JR** |
| Debtor 2 (Spouse, if filing) | **CHERYL  WOJCIECHOWSKI** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-11462-AMC** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:**  PENNYMAC LOAN SERVICES LLC

**Court claim no.** (if known):  17

**Last 4 digits** of any number you use to identify the debtor's account:  6  3  6  3

**Property Address:**  40 CHEROKEE ROAD
Number        Street

RICHBORO                                        PA      18954
City                                                State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $        2,964.88 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        2,964.88 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      15,802.37 |
| d.  Total amount of arrearages disbursed by the trustee: | $      18,767.25 |

**Part 4:    Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $_____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $_____-0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West                              Date   06/03/2026
Signature

Trustee   Kenneth E. West
First Name          Middle Name          Last Name

Address   190 N. Independence Mall West, Suite 701
Number        Street

Philadelphia                        PA      19106
City                                State    ZIP Code

Contact phone   (215) 627-1377          Email  info@ph13trustee.com

| Debtor 1 | **ROBERT W WOJCIECHOWSKI JR** | | Case Number **21-11462-AMC** | Page 1 |
| --- | --- | --- | --- | --- |
| | Name | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/16/2022 | 3013846 | Disbursement To Creditor/Principal | 655.63 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/11/2022 | 3016176 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/15/2022 | 3017457 | Disbursement To Creditor/Principal | 117.83 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/13/2022 | 3018724 | Disbursement To Creditor/Principal | 88.70 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/10/2023 | 3019949 | Disbursement To Creditor/Principal | 58.93 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/08/2023 | 3021147 | Disbursement To Creditor/Principal | 58.91 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/09/2023 | 3022399 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2023 | 3023650 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/09/2023 | 3024913 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3026095 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3027231 | Disbursement To Creditor/Principal | 58.91 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/15/2023 | 3028375 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/18/2023 | 3029554 | Disbursement To Creditor/Principal | 58.92 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/21/2023 | 4000431 | Disbursement To Creditor/Principal | 54.27 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/16/2024 | 4001287 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/12/2024 | 4002192 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/12/2024 | 4003114 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/10/2024 | 4004030 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004939 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/14/2024 | 4005867 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/17/2024 | 4006820 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/14/2024 | 4007747 | Disbursement To Creditor/Principal | 55.13 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/11/2024 | 4008589 | Disbursement To Creditor/Principal | 55.12 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/16/2024 | 4009455 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/13/2024 | 4010369 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/11/2024 | 4011206 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/15/2025 | 4012060 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/12/2025 | 4012922 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013773 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014629 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/14/2025 | 4015511 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/11/2025 | 4016372 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/16/2025 | 4017193 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/13/2025 | 4018041 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/10/2025 | 4018877 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/15/2025 | 4019726 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/19/2025 | 4020621 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/10/2025 | 4021501 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/14/2026 | 4022276 | Disbursement To Creditor/Principal | 55.73 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/11/2026 | 4023161 | Disbursement To Creditor/Principal | 55.74 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/18/2026 | 4024024 | Disbursement To Creditor/Principal | 15.60 |
| | | | | | Total for Claim Number 17: | 2,964.88 |

**Total for Part 3 - b (Prepetition Arrears):** **2,964.88**

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000431 | Disbursement To Creditor/Principal | 566.57 |

| Debtor 1 | **ROBERT W WOJCIECHOWSKI JR** | Case Number **21-11462-AMC** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001287 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002192 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003114 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004030 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 05/13/2024 | 4004939 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005867 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006820 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 08/14/2024 | 4007747 | Disbursement To Creditor/Principal | 575.55 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 09/11/2024 | 4008589 | Disbursement To Creditor/Principal | 575.54 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009455 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/13/2024 | 4010369 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011206 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012060 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012922 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013773 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014629 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015511 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016372 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017193 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018041 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018877 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019726 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020621 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021501 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/14/2026 | 4022276 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/11/2026 | 4023161 | Disbursement To Creditor/Principal | 581.94 |
| 17 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4024024 | Disbursement To Creditor/Principal | 162.92 |

Total for Claim Number 17: 15,802.37

**Total for Part 3 - c (Postpetition Arrears):** **15,802.37**