United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Robert W Wojciechowski, Jr.

Cheryl Wojciechowski

     Debtors

Case No. 21-11462-amc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 04, 2026 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W Wojciechowski, Jr., Cheryl Wojciechowski, 40 Cherokee Road, Richboro, PA 18954-1214 |
| 14613713 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14609975 | + | Td Bank Na, 222 N. Lasalle St, Chicago, IL 60601-1003 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14609948 + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 05 2026 00:30:25 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 14610521 + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:17 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14619525 + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 00:30:11 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14609949 + | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14613659 | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:30:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14609950 + | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:30:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14609954 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 00:30:10 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14609952 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 00:30:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14617758 + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2026 00:30:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14609955 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2026 00:30:26 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14616718 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2026 00:30:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14609960 + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-2                                   User: admin                                   Page 2 of 3

Date Rcvd: Jun 04, 2026                               Form ID: 138OBJ                               Total Noticed: 39

| | | | |
|---|---|---|---|
| | | Jun 05 2026 00:30:19 | Citibank/Sears, Po Box 6286, Sioux Falls, SD 57117-6286 |
| 14609961 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2026 00:24:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14609962 | + Email/Text: mrdiscen@discover.com | Jun 05 2026 00:24:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 14614460 | Email/Text: mrdiscen@discover.com | Jun 05 2026 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14609963 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 05 2026 00:24:00 | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14747342 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14620025 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 00:30:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14609965 | + Email/Text: bankruptcy@marinerfinance.com | Jun 05 2026 00:24:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14609966 | + Email/PDF: cbp@omf.com | Jun 05 2026 00:30:16 | OneMain Financial Group, LLC, OneMain, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14609968 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 05 2026 00:24:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14625157 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 05 2026 00:24:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14620493 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2026 00:30:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14609967 | + Email/PDF: ebnotices@pnmac.com | Jun 05 2026 00:30:25 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14621832 | + Email/PDF: ebnotices@pnmac.com | Jun 05 2026 00:30:19 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14609969 | + Email/Text: bankruptcy1@pffcu.org | Jun 05 2026 00:24:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14614489 | + Email/Text: bankruptcy1@pffcu.org | Jun 05 2026 00:24:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14624512 | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2026 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14624119 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2026 00:30:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14609971 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:22 | Synchrony Bank, 200 Crossing Blvd #101, Bridgewater, NJ 08807-2876 |
| 14609973 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:10 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14609974 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2026 00:30:22 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14622922 | + Email/PDF: ebn_ais@aisinfo.com | Jun 05 2026 00:30:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14609976 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 05 2026 00:30:10 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 36

District/off: 0313-2                        User: admin                        Page 3 of 3

Date Rcvd: Jun 04, 2026                     Form ID: 138OBJ                     Total Noticed: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14616801 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14609951 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14609953 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14609956 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609957 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609958 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609959 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14609964 | *+ | Freedom CU, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14785136 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14609970 | *+ | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14609972 | *+ | Synchrony Bank, 200 Crossing Blvd #101, Bridgewater, NJ 08807-2876 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Cheryl Wojciechowski brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Robert W Wojciechowski  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 85 – 83

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           )
   Robert W Wojciechowski Jr.                    )          Case No. 21–11462–amc
                                                 )
                                                 )
   Cheryl Wojciechowski                          )          Chapter: 13
                                                 )
   Debtor(s).                                    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 4, 2026                                    For The Court

                                                     Mohung Wong
                                                     Clerk of Court