***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

| | |
|---|---|
| In re: | : Chapter 13 |
| Robert W Wojciechowski, Jr. and Cheryl Wojciechowski<br>Debtor(s) | : Case No. 21−11462−amc |

## ***ORDER***

AND NOW, this day , September 30, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

93
Form 195